Stanley Goff, Bar No. 289564
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff Gerald Pitts

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD PITTS;

      Plaintiffs,

v.

CALIFORNIA HIGHWAY PATROL
OFFICERS D. BAUMGARTNER,
HARDMAN, SKINNER, LANGFORD, DOES
1-25;

      Defendants.

CASE NO.: **2:20-cv-01243-WBS-EFB**

ORDER

      IT IS HEREBY ORDERED that the plaintiff's request to proceed in forma pauperis is granted.

Dated:  June 20, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE