Fee exempt Per (Gov. Code § 6103)

ROB BONTA, State Bar No. 202668
Attorney General of California
CHRISTINE E. GARSKE, State Bar No. 232879
Supervising Deputy Attorney General
DAVID YENGOYAN, State Bar No. 249589
Deputy Attorney General
 2550 Mariposa Mall, Room 5090
 Fresno, CA  93721
 Telephone: (559) 705-2325
 Fax: (559) 445-5106
 E-mail:  David.Yengoyan@doj.ca.gov
*Attorneys for Defendants Officers D. Baumgartner, Hardman, and Skinner, and Sergeant Langford (erroneously named herein as Officer Langford)*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERALD PITTS,**<br><br>                                   Plaintiff,<br><br>           v.<br><br>**CALIFORNIA HIGHWAY PATROL OFFICERS D. BAUMGARTNER, HARDMAN, SKINNER, LANGFORD, ~~DOES 1-25,~~**<br>                                   Defendants. | Case No. 2:20-cv-01243-WBS-JDP<br><br>*Honorable William B. Shubb*<br><br>*Mag. Judge Jeremy D. Peterson*<br><br>**~~[PROPOSED]~~ ORDER RE: STIPULATION TO MODIFY SCHEDULING ORDER** |

# [PROPOSED] ORDER

Having reviewed the parties' Stipulation to Modify Scheduling Order, and GOOD CAUSE appearing therefrom, IT IS HEREBY ORDERED that the Court's Scheduling Order be modified as follows:

| Case Management Event | Prior Date/Deadline | New Date/Deadline |
|---|---|---|
| Deadline for Initial Designation of Expert Witnesses | February 15, 2024 | March 15, 2024 |
| Deadline for Designation of Rebuttal Expert Witnesses | March 15, 2024 | April 15, 2024 |
| All Discovery Cut-Off (including hearing of discovery motions) | April 15, 2024 | May 17, 2024 |

Date: February 5, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

-1-

[PROPOSED] ORDER RE: STIPULATION TO MODIFY SCHEDULING ORDE