ROB BONTA, State Bar No. 202668
Attorney General of California
NORMAN D. MORRISON, State Bar No. 212090
Supervising Deputy Attorney General
DAVID KLEHM, State Bar No. 165302
Deputy Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 738-9733
Fax: (619) 645-2581
E-mail: David.Klehm@doj.ca.gov
*Attorneys for Defendants Officers D. Baumgartner,
Hardman, and Skinner, and Sergeant Langford
(erroneously named herein as Officer Langford)*

Fee exempt per Gov. Code § 6103

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERALD PITTS,** | Case No. 2:20-cv-01243-WBS-JDP |
| Plaintiff, | *Honorable William B. Shubb* |
| | *Mag. Judge Jeremy D. Peterson* |
| v. | |
| **CALIFORNIA HIGHWAY PATROL OFFICERS D. BAUMGARTNER, HARDMAN, SKINNER, LANGFORD, DOES 1-25,** | **ORDER RE: DEFENDANTS' EX PARTE APPLICATION TO MODIFY SCHEDULING ORDER** |
| Defendants. | |

**ORDER**

Having reviewed the defendants' ex Parte Application to Modify Scheduling Order, and GOOD CAUSE appearing therefrom, IT IS HEREBY ORDERED that the Court's Scheduling Order be modified as follows:

| Case Management Event | Prior Date/Deadline | New Date/Deadline |
|---|---|---|
| Expert Discovery Cut-Off | May 17, 2024 | July 31, 2024 |

**IT IS SO ORDERED.**

**Dated:  July 19, 2024**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE