IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERALD PITTS,**<br><br>                                 Plaintiff,<br><br>     v.<br><br>**CALIFORNIA HIGHWAY PATROL OFFICERS D. BAUMGARTNER, HARDMAN, SKINNER, LANGFORD, DOES 1-25,**<br><br>                                 Defendants. | Case No. 2:20-cv-01243 WBS JDP<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER** |

Having reviewed the parties' JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER and finding GOOD CAUSE therefrom, it is hereby ORDERED that:

The Scheduling Order is modified as follows, all other dates and deadlines remain the same.

| FINAL PRETRIAL CONFERENCE DATES | OLD DATE | NEW DATE |
|---|---|---|
| **FINAL PRETRIAL CONFERENCE** | 08/26/2024 | 09/09/2024 |

         IT IS SO ORDERED.

Dated:  August 6, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE