FILED

NOV 08 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GERALD PITTS,<br><br>       Plaintiff,<br><br>   v.<br><br>CALIFORNIA HIGHWAY PATROL OFFICERS DEVEN BAUMGARTNER, SCOTT HARDMAN, AUSTIN SKINNER, AND MATTHEW LANGFORD,<br><br>       Defendants. | No. 2:20-cv-01243 WBS JDP<br><br>VERDICT FORM |

----oo0oo----

We, the jury, unanimously find as follows:

QUESTION 1:

Did defendant Deven Baumgartner use excessive force against Gerald Pitts?

_____ YES   __X__ NO

1

(If you answered "Yes" to Question 1, please proceed to Question 2. If you answered "No" to Question 1, please go to Question 5.)

QUESTION 2:

Was the use of excessive force by defendant Deven Baumgartner a substantial factor in causing harm to Gerald Pitts?

\_\_\_\_\_ YES \_\_\_\_\_ NO

(Please proceed to Question 3.)

QUESTION 3:

Were any of the following defendants integral participants in the use of excessive force against Gerald Pitts?

| | | |
|---|---|---|
| Scott Hardman | \_\_\_\_\_Yes | \_\_\_\_\_No |
| Austin Skinner | \_\_\_\_\_Yes | \_\_\_\_\_No |
| Matthew Langford | \_\_\_\_\_Yes | \_\_\_\_\_No |

(If you answered "Yes" as to any defendant in Question 3, please proceed to Question 4. If you answered "No" as to every defendant in Question 3, please go to Question 5.)

QUESTION 4:

Was any of the following defendants' integral participation in the use of excessive force a substantial factor in causing harm to Gerald Pitts?

| | | |
|---|---|---|
| Scott Hardman | _____Yes | _____No |
| Austin Skinner | _____Yes | _____No |
| Matthew Langford | _____Yes | _____No |

(Please proceed to Question 5.)

QUESTION 5:

Did defendant Matthew Langford deliberately fabricate evidence against Gerald Pitts?

_____ YES __X__ NO

(If you answered "Yes" to Question 5, please proceed to Question 6. If you answered "No" to Question 5, please go to Question 7.)

QUESTION 6:

Was the deliberate fabrication of evidence by defendant Matthew Langford a substantial factor in causing harm to Gerald Pitts?

_____ YES _____ NO

(Please proceed to Question 7.)

3

QUESTION 7:

Did defendant Baumgartner retaliate against Gerald Pitts for exercising his right to remain silent?

\_\_\_\_\_ YES   _X_ NO

(If you answered yes to Question 7, please proceed to Question 8. If you answered no to Questions 1, 5, and 7, do not answer any further questions, and have the foreperson sign and date this verdict form. If you answered no to Question 7 but yes to Questions 1 or 5, please go to Question 11.)

QUESTION 8:

Was the retaliation by defendant Baumgartner a substantial factor in causing harm to Gerald Pitts?

\_\_\_\_\_ YES   \_\_\_\_\_ NO

(If you answered "Yes" to Question 8, please proceed to Question 9. If you answered "No" to Question 8, please go to Question No. 11.)

QUESTION 9:

Were any of the following defendants integral participants in the retaliation against Gerald Pitts?

| | | |
|---|---|---|
| Scott Hardman | \_\_\_\_\_Yes | \_\_\_\_\_No |
| Austin Skinner | \_\_\_\_\_Yes | \_\_\_\_\_No |
| Matthew Langford | \_\_\_\_\_Yes | \_\_\_\_\_No |

(If you answered "Yes" as to any defendant in Question

4

9, please proceed to Question 11.  If you answered "No" as to every defendant in Question 9, please go to Question 11.)

QUESTION 10:

Was any of the following defendants' integral participation in the retaliation against Gerald Pitts a substantial factor in causing him harm?

| | | |
|---|---|---|
| Scott Hardman | _____Yes | _____No |
| Austin Skinner | _____Yes | _____No |
| Matthew Langford | _____Yes | _____No |

(If you answered yes to any of Questions 2, 4, 6, 8, or 10, please proceed to Question 11.  If you answered "No" for every defendant in Questions 2, 4, 6, 8, and 10, stop here, do not answer any further questions, and have the foreperson sign and date this Verdict Form.)

QUESTION 11:

What are Gerald Pitts' damages caused by defendants?

$_____

(Please proceed to Question 12.)

QUESTION NO. 12:

Did any defendant act with malice, fraud, or oppression against Gerald Pitts?

_____ YES  _____ NO

5

(If you answered "Yes" to Question No. 12, please indicate your separate finding as to each defendant and then proceed to Question 13.  If you answered "No" for every defendant in Question 12, stop here, answer no further questions, and have the foreperson sign and date this Verdict Form.)

| | | |
|---|---|---|
| Deven Baumgartner | _____Yes | _____No |
| Scott Hardman | _____Yes | _____No |
| Austin Skinner | _____Yes | _____No |
| Matthew Langford | _____Yes | _____No |

(Please proceed to Question 13.  If you found that a defendant did not act with malice, fraud, or oppression, enter "0" on the line for that defendant for Question 13.)

QUESTION 13:

What amount of punitive damages do you award against each defendant?

| | |
|---|---|
| Deven Baumgartner | $_____ |
| Scott Hardman | $_____------- |
| Austin Skinner | $_____ |
| Matthew Langford | $_____ |

Please date and sign this form.

Dated: 11/8/24

████████████████████████
Foreperson