# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**GERALD PITTS,**

       v.

CASE NO: **2:20–CV–01243–WBS–JDP**

**D. BAUMGARTNER, ET AL.,**

**XX** –– **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 11/15/2024**

          **Keith Holland**
          Clerk of Court

ENTERED: **November 15, 2024**

          by: /s/ O. Mendez Licea
                Deputy Clerk